UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NABORS DRILLING USA, LP, a Delaware Limited Partnership and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00032 LJO BAM<br><br>**ORDER RE STIPULATION TO SUBMIT MATTER TO ARBITRATION AND TO DISMISS AND ORDER**<br><br>Complaint Filed:  January 6, 2015 |

## **ORDER**

Based on the Parties' submission of a Stipulation to Submit Matter to Arbitration and to Dismiss, and good cause appearing therefore, it is HEREBY ORDERED:

　1.　The Dispute shall be submitted to final and binding arbitration by JAMS in San Francisco, California, pursuant to its employment arbitration rules before a mutually-agreeable arbitrator;

　2.　This action shall be dismissed.

　3.　The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

　Dated:　**February 3, 2015**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE